UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CAROL SRAJER,** *Plaintiff*, | § § § | |
| **v.** | § § | CIVIL ACTION NO. 4:24-CV-00142-O |
| **STATE FARM LLOYDS,** *Defendant*. | § § § § | |

## UNOPPOSED MOTION TO APPEAR REMOTELY

**COMES NOW**, Matthew S. Russo, Attorney of record for Plaintiff Carol Srajer, and hereby files this Motion to Appear Remotely for the Mediation Ordered by this Court, and states as follows:

1. On March 14, 2024, this Court entered a Scheduling Order [Doc. 7] controlling the proceedings in the above styled case.

2. Pursuant to this Court's Scheduling Order, the case was referred to in-person mediation with Donald E. Herrmann as the mediator to occur on or before May 29, 2024.

3. The order further states that "[a] party opposing either mediation referral or the appointment provider should file a **written objection within 10 days** of the date of this order." Doc. 7, (emphasis in original).

4. Upon information and belief, Mr. Herrmann's office was not alerted to this assignment nor able to perform a conflict check until April 17, 2024.

5. Counsel for the Plaintiff and Defendant agreed on a mediation date in

accordance with Mr. Herrmann's schedule on April 29, 2024, and communicated that to Mr. Herrmann's office that same day.

      6.      I, Matthew S. Russo, am based in Galveston, TX.

      7.      My spouse is currently in the third trimester of a high-risk pregnancy with a due date of July 23, 2024.

      8.      Due to the increased risk and concern associated with being such a distance from home, Plaintiff's counsel respectfully requests to be permitted to appear at the above-referenced mediation remotely, either via Zoom Videoconference or telephonically.

      9.      Plaintiffs' counsel conferred with opposing counsel in this matter to ascertain whether they would object to the instant motion. Counsel for Defendant raised no objection to the request to appear remotely for the mediation of this matter remotely.

      10.      No party will be prejudiced if the undersigned is allowed to appear remotely.

      11.      The instant Motion is filed in good faith and not for purposes of delay.

**WHEREFORE**, Plaintiff respectfully request that this Court grant their Motion to Appear Remotely for the above-referenced mediation.

                                    (Signature on following page)

Respectfully Submitted,

*/s/ Matthew S. Russo*
**Matthew S. Russo**
Texas Bar No. 24119813
mrusso@hodgefirm.com
The Hodge Law Firm, PLLC
The Historic Runge House
1301 Market Street
Galveston, Texas 77550
Telephone: (409) 762-5000
Facsimile: (409) 763-2300

**CERTIFICATE OF CONFERENCE**

Pursuant to LR 7.1(b), Plaintiff hereby certifies that on April 29, 2024, counsel for all parties, listed herein, conferred regarding Plaintiff file her Motion to Extend Expert Designation Deadline and Defendant is **UNOPPOSED**.

SUSAN E. EGELAND
State Bar No. 24040854
susan.egeland@faegredrinker.com
MATTHEW C. SAPP
State Bar No. 24063563
matt.sapp@faegredrinker.com
KRISTEN L. PERRY
State Bar No. 24090015
kristen.perry@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
(469) 357-2500 (Telephone)
(469) 327-0860 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

*/s/ Matthew S. Russo*
Matthew S. Russo

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on April 30, 2024, a true and correct copy of the foregoing instrument was delivered to all known counsel of record in accordance with the Federal Rules of Civil Procedure and applicable Local Rules as follows:

SUSAN E. EGELAND
State Bar No. 24040854
susan.egeland@faegredrinker.com
MATTHEW C. SAPP
State Bar No. 24063563
matt.sapp@faegredrinker.com
KRISTEN L. PERRY
State Bar No. 24090015
kristen.perry@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
(469) 357-2500 (Telephone)
(469) 327-0860 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

                                              /s/ *Matthew S. Russo*
                                              Matthew S. Russo